IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 6:17-CR-39 |
| | § | |
| EDUARDO PINEDA (01) | § | |

## NOTICE OF PLEA AGREEMENT

The United States of America would show the Court that the Defendant, **Eduardo Pineda**, through his counsel of record, Greg Waldron, and the Government, have entered into a written plea agreement in relation to the charges now pending before this Court.

Respectfully submitted,

JOSEPH D. BROWN
UNITED STATES ATTORNEY

*/s/ Nathaniel C. Kummerfeld*
NATHANIEL C. KUMMERFELD
Assistant United States Attorney
Texas Bar No. 24060122
110 N. College, Ste. 700
Tyler, TX  75702
(903) 590-1400
(903) 590-1439 (fax)
Nathaniel.Kummerfeld@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing Notice of Plea Agreement has been served on counsel of record for defendant via ECF on July 22, 2019.

*/s/ Nathaniel C. Kummerfeld*
NATHANIEL C. KUMMERFELD
Assistant United States Attorney